UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>R. PLESHCHUK, et al.,<br><br>Defendants. | No. 2: 19-cv-0699 KJN P<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

By order filed June 11, 2019, plaintiff was granted thirty days to either file an amended complaint or return the forms necessary for service of defendants Pleschuk and Valencia as to plaintiff's Eighth and Fourteenth Amendment claims. (ECF No. 7.) Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or returned the forms for service of defendants Pleschuk and Valencia.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 18, 2019

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br699.fta